IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| MID-CONTINENT CASUALTY COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>COPPER RIDGE WEST, INC. f/k/a OAKLAND HOME BUILDERS CORPORATION and GARY OAKLAND,<br><br>Defendants. | CV 21-135-BLG-SPW-TJC<br><br>ORDER |

Upon Plaintiff, Mid-Continent Casualty Company's Unopposed Motion for Dismissal with Prejudice (Doc. 6), and for good cause appearing,

IT IS HEREBY ORDERED that the above-entitled cause is **DISMISSED WITH PREJUDICE**, with each party to bear its own costs and attorney's fees.

DATED this 10th day of May, 2022.

Susan P. Watters
SUSAN P. WATTERS
U. S. DISTRICT JUDGE

1